**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 16-3791
_____

ALPHA PAINTING & CONSTRUCTION COMPANY, INC.

v.

DELAWARE RIVER PORT AUTHORITY OF THE COMMONWEALTH OF
PENNSYLVANIA AND THE STATE OF NEW JERSEY,
Appellant

On Appeal from the United States District Court
for the District of New Jersey
(District Court No.: 1-16-cv-05141)

ORDER AMENDING OPINION

It has come to the Clerk's attention that John M. Elliot, Esq. was incorrectly identified as the attorney who argued on behalf of Appellant Delaware River Port Authority of the Commonwealth of Pennsylvania as Thomas J. Elliott, Esq. was the arguing attorney. It is hereby O R D E R E D that the opinion filed on April 6, 2017 is amended as follows:

John M. Elliott, Esq.
Bruce W. Kauffman, Esq.
Thomas J. Elliott, Esq. [ARGUED]
Stewart J. Greenleaf, Jr., Esq.
Elliot Greenleaf, P.C.
925 Harvest Drive Suite 300 Blue Bell, PA 19422
*Counsel for Appellant Delaware River Port Authority of the Commonwealth of Pennsylvania & the State of New Jersey*

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: April 26, 2017